United States District Court
Southern District of Texas
**ENTERED**
March 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GAMALIEL MARTINEZ COMPEAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-CV-359 |
| | § | |
| EDDIE GUERRA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The Court having adopted the conclusions in the Report and Recommendation of United States Magistrate Judge J. Scott Hacker in an Order of even date herewith is of the opinion that this case should be dismissed.

It is, therefore, **ORDERED** that Plaintiff's civil rights action is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED March 20, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge